# UNITED STATES DISTRICT COURT
## District of Minnesota

Edgar Calvillo Caranza

Petitioner(s),

v.

Todd Lyons, Kirsti Noem, Pamela Bondi, David Easterwood, Executive Office for Immigration Review

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00352-KMM-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Petition for a Writ of Habeas Corpus is GRANTED.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Edgar C.C. Such release shall be on the same terms and conditions that governed his release status previously, if there were conditions of release imposed.

4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 1/21/2026

KATE M. FOGARTY, CLERK